UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ANDRES FELIPE ARRECHEA MAZORRA**,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>**SERGIO ALBARRAN ET AL.**,<br><br>　　　　Defendants. | Case No.: 4:25-CV-10492<br><br>**ORDER PROHIBITING REMOVAL**<br><br>Re: Dkt. No. 2 |

The Court will hold a hearing on petitioner Andres Felipe Arrechea Mazorra's petition for a writ of habeas corpus on December 22, 2025. The hearing will be conducted via Zoom video conference.

In order to protect this Court's jurisdiction, and pending further order of the Court, defendants are **BARRED** from transferring Petitioner out of this District or removing him from the country, until these proceedings have concluded.

The Clerk is directed to serve this Order via email on Pamela Johann, Chief of the Civil Division of the U.S. Attorney's Office for the Northern District of California, at pamela.johann@usdoj.gov.

**IT IS SO ORDERED**.

Date: **December 6, 2025**

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**