UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| A.F.A.M., | Case No. 25-cv-10492-AMO |
|---|---|
| Petitioner, | |
| v. | [~~PROPOSED~~] ORDER GRANTING UNOPPOSED MOTION TO PROCEED UNDER PSEUDONYM AS MODIFIED |
| SERGIO ALBARRAN, et al., | Re: Dkt. No. 16 |
| Respondents. | |

On December 18, 2025, Petitioner filed an Unopposed Motion to Proceed Under Pseudonym. The Motion stated that the proceedings involve sensitive information about the client's medical history and history of being subjected to sexual violence on account of his sexual orientation. Petitioner's Motion indicated that Respondents' counsel does not oppose this Motion.

The Court, having considered Petitioner's Motion and finding good cause, hereby ORDERS as follows:

1. Petitioner will be referred to by his initials—"A.F.A.M."—in this action and in filings made by the parties.

2. The Clerk of the Court will caption the case accordingly.

3. Petitioner moves the Court to seal all previous filings and orders. Finding good cause, the Court GRANTS the motion IN PART. Dkt. Nos. 1, 2, 6, 7, 8, 12, 14, 15, and 16 are currently locked and will remain unavailable to the public. The Court therefore DENIES the motion as to those entries as moot. The Court DENIES the motion as to Dkt. Nos. 5, 9, 10, 11, and 13, which do not disclose Petitioner's full name. The Court

1     GRANTS the motion as to Dkt. Nos. 3 and 4.  The Clerk is directed to seal Dkt. Nos. 3 and 4.

**IT IS SO ORDERED.**

Dated: December 19, 2025

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**