United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

A.F.A.M.,

Petitioner,

v.

SERGIO ALBARRAN, et al.,

Respondents.

Case No.25-cv-10492-AMO

**JUDGMENT**

On October 16, 2026, the Court granted Petitioner's petition for writ of habeas corpus. Dkt. No. 25. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby **ENTERS** judgment in favor of Petitioner and against Respondents. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: October 16, 2026

**ARACELI MARTÍNEZ-OLGUÍN**
**United States District Judge**